(92 South. 355)

No. 25232.

## BANK OF HOUMA v. SHAFFER et al.

### In re SHAFFER et al.

(May 1, 1922. Rehearing Denied by Division A June 5, 1922.)

Suit by the Bank of Houma against John D. Shaffer and others. An injunction was denied, and defendants apply for writs of certiorari and prohibition. Application dismissed.

Harris Gagne, of Houma, for applicants.
Terriberry, Rice & Young, of New Orleans, and J. A. O. Coignet, of Thibodaux, for Bank.

By Division C, composed of Justices DAWKINS, ST. PAUL, and THOMPSON.

THOMPSON, J. This case presents the same issue as was presented in case No. 25231, Marine Bank & Trust Co. v. Same Defendants, 92 South. 353,[1] the opinion and decree in which is this day handed down. For the reasons assigned in the opinion handed down in the case referred to, it is ordered and decreed that the order rendered in this case be recalled, and the application of defendants is dismissed at their costs.

Rehearing refused by Division A, composed of Chief Justice PROVOSTY and Justices OVERTON and LECHE.